**2010–1817.   State v. Bunce.**
Lucas App. No. L–08–1237, 2010-Ohio-3629. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, J., dissents.

**2010–1822.   State v. Miller.**
Lawrence App. No. 10CA2, 2010-Ohio-3710. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2010–1825.   State v. Acoff.**
Cuyahoga App. No. 92342, 2009-Ohio-6633. On motion for leave to file delayed appeal. Motion denied.

**2010–1868.   State v. Jordon.**
Trumbull App. No. 2009–T–0110, 2010-Ohio-5183. On motion for stay of court of appeals' judgment. Motion granted as to this case.

**2010–1873.   Franklin v. Berea.**
Cuyahoga App. No. 93894, 2010-Ohio-4350. On motion for stay. Motion denied.
O'DONNELL, J., dissents.

**2010–1953.   State v. Helms.**
Mahoning App. No. 08 MA 199, 2010-Ohio-4872. On motion for immediate stay of court of appeals' judgment. Motion denied.
BROWN, C.J., and LUNDBERG STRATTON and CUPP, JJ., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2010–0940.   State v. Sabo.**
Union App. No. 14–09–33, 2010-Ohio-1261. Discretionary appeal accepted; cause held for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968; and briefing schedule stayed.
PFEIFER and LANZINGER, JJ., dissent.

**2010–1431.   Dominish v. Nationwide Ins. Co.**
Lake App. No. 2009–L–116, 2010-Ohio-3048. Discretionary appeal accepted on Proposition of Law No. I.
LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., would also accept the appeal on Proposition of Law No. II.
BROWN, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2010–1448.   State v. Barker.**
Lucas App. No. L–09–1139, 2010-Ohio-3067.
BROWN, C.J., and PFEIFER, J., dissent.

**2010–1483.   State v. Scott.**
Cuyahoga App. No. 91890, 2010-Ohio-3057. Discretionary appeal accepted on Proposition of Law Nos. VII and IX; cause held for the decisions in 2009–0477, *State v. Dunlap,* Cuyahoga App. No. 91165, 2009-Ohio-134, and 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2010–1493.   State v. Howell.**
Cuyahoga App. No. 92827, 2010-Ohio-3403. Discretionary appeal accepted on Proposition of Law No. III; cause held for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968; and briefing schedule stayed.
PFEIFER, J., dissents.